United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nedim Gunduz  
    Debtor

Case No. 24-13867-amc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Oct 30, 2024      Form ID: 309A      Total Noticed: 60

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nedim Gunduz, 1707 Solly Avenue, 2nd Floor, Philadelphia, PA 19152-2624 |
| 14940710 | | Citizens Bank, Attn: Bankruptcy One Citizens Dr, Providence, RI 02903 |
| 14940736 | ++ | PROSPER MARKETPLACE INC, 221 MAIN STREET STE 300, SAN FRANCISCO CA 94105-1909 address filed with court:, Prosper Funding, Llc, Attn: Bankruptcy Dept Attn: Bankruptcy D, 221 main Street, Ste 300, San Francisco, CA 94105 |
| 14940734 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14940750 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: help@cibiklaw.com | Oct 31 2024 00:02:00 | MICHAEL A. CIBIK, Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102 |
| tr | + | EDI: BRWSEITZER | Oct 31 2024 03:55:00 | ROBERT W. SEITZER, 1900 Spruce Street, Philadelphia, PA 19103-6605 |
| smg | | Email/Text: megan.harper@phila.gov | Oct 31 2024 00:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Oct 31 2024 03:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 31 2024 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Oct 31 2024 00:02:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14940701 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 31 2024 00:05:26 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14940702 | | Email/PDF: bncnotices@becket-lee.com | Oct 31 2024 00:18:42 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14940703 | | Email/Text: rm-bknotices@bridgecrest.com | Oct 31 2024 00:02:00 | Bridgecrest Acceptance Corp, Attn: Bankruptcy, 7300 East Hampton Avenue Suite 100, Mesa, AZ 85209-3324 |
| 14940706 | | EDI: CRFRSTNA.COM | Oct 31 2024 03:55:00 | CFNA, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 14940711 | | Email/Text: megan.harper@phila.gov | Oct 31 2024 00:02:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |

Case 24-13867-amc   Doc 7   Filed 11/01/24   Entered 11/02/24 00:36:03   Desc Imaged
                              Certificate of Notice   Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 30, 2024 | Form ID: 309A | Total Noticed: 60 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 14940718 | Email/Text: cfcbackoffice@contfinco.com | Oct 31 2024 00:02:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd Ste 400, Wilmington, DE 19808-2952 |
| 14940704 | EDI: CAPITALONE.COM | Oct 31 2024 03:55:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14940705 | EDI: CAPONEAUTO.COM | Oct 31 2024 03:55:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14940707 | + Email/Text: bankruptcycollections@citadelbanking.com | Oct 31 2024 00:03:00 | Citadel FCU, Attn: Bankruptcy 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14940708 | + EDI: CITICORP | Oct 31 2024 03:55:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 14940709 | EDI: CITICORP | Oct 31 2024 03:55:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14940712 | Email/Text: bankruptcy@philapark.org | Oct 31 2024 00:03:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14940713 | + EDI: WFNNB.COM | Oct 31 2024 03:55:00 | Comenity Capital Bank, Attn: Bankruptcy, 12921 S Vista Station Blvd, Draper, UT 84020-2377 |
| 14940714 | + EDI: WFNNB.COM | Oct 31 2024 03:55:00 | Comenity Capital Bank/PayPal Credit, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14940715 | + EDI: WFNNB.COM | Oct 31 2024 03:55:00 | Comenity/Burlington, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14940716 | + EDI: WFNNB.COM | Oct 31 2024 03:55:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14940717 | + EDI: WFNNB.COM | Oct 31 2024 03:55:00 | Comenitycapital/ross, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14940719 | EDI: DISCOVER | Oct 31 2024 03:55:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14940720 | EDI: CITICORP | Oct 31 2024 03:55:00 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 14940721 | + EDI: BLUESTEM | Oct 31 2024 03:55:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14940722 | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 31 2024 00:02:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14940723 | + EDI: AMINFOFP.COM | Oct 31 2024 03:55:00 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14940724 | + EDI: PHINGENESIS | Oct 31 2024 03:55:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14940725 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 31 2024 00:02:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14940726 | EDI: IRS.COM | Oct 31 2024 03:55:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14940727 | Email/Text: PBNCNotifications@peritusservices.com | Oct 31 2024 00:02:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14940728 | Email/Text: ml-ebn@missionlane.com | Oct 31 2024 00:02:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14940729 | Email/Text: bankruptcy@oportun.com | Oct 31 2024 00:02:00 | Oportun, Attn: Bankruptcy 2 Circle Star Way, San Carlos, CA 94070 |
| 14940730 | Email/Text: fesbank@attorneygeneral.gov | Oct 31 2024 00:02:00 | Pennsylvania Attorney General, 16th Floor, |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Strawberry Square, Harrisburg, PA 17120-0001 |
| 14940736 | | Email/Text: ProsperBK@prosper.com | Oct 31 2024 00:02:00 | Prosper Funding, Llc, Attn: Bankruptcy Dept Attn: Bankruptcy D, 221 main Street , Ste 300, San Francisco, CA 94105 |
| 14940731 | | EDI: PENNDEPTREV | Oct 31 2024 03:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14940731 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 31 2024 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14940732 | ^ | MEBN | Oct 30 2024 23:54:31 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14940733 | | Email/Text: bankruptcy@petalcard.com | Oct 31 2024 00:02:58 | Petal 1 Rise, Attn: Bankruptcy, PO Box 105168, Atlanta, GA 30348-5168 |
| 14940735 | | Email/Text: bankruptcy@philapark.org | Oct 31 2024 00:03:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14940737 | + | Email/Text: cs@securitycreditservicesllc.com | Oct 31 2024 00:02:00 | Security Credit Services, Attn: Bankruptcy, PO Box 1156, Oxford, MS 38655-1156 |
| 14940738 | | EDI: SYNC | Oct 31 2024 03:55:00 | Syncb/car Care Pep B, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14940739 | | EDI: SYNC | Oct 31 2024 03:55:00 | Syncb/ebay, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14940740 | + | EDI: SYNC | Oct 31 2024 03:55:00 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1259 |
| 14940741 | | EDI: SYNC | Oct 31 2024 03:55:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14940742 | | EDI: SYNC | Oct 31 2024 03:55:00 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14940743 | | EDI: SYNC | Oct 31 2024 03:55:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14940744 | + | EDI: SYNC | Oct 31 2024 03:55:00 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14940745 | | EDI: SYNC | Oct 31 2024 03:55:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 14940747 | | EDI: TDBANKNORTH.COM | Oct 31 2024 03:55:00 | Td Bank Na, Attn: Bankruptcy 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 14940746 | + | EDI: WTRRNBANK.COM | Oct 31 2024 03:55:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14940748 | + | Email/Text: bankruptcy@bbandt.com | Oct 31 2024 00:02:00 | Truist Bank, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-2374 |
| 14940749 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 31 2024 00:02:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14940751 | + | Email/Text: samnang.howard@velocitycu.com | Oct 31 2024 00:02:00 | Velocity Credit Union, Attn: Bankruptcy, P.O. Box 1089, Austin, TX 78767-1089 |
| 14940752 | + | EDI: AGFINANCE.COM | Oct 31 2024 03:55:00 | WebBank/OneMain, Attn: Bankruptcy Attn: Bankruptcy, 215 South State Street , Suite 1000, Salt Lake City, UT 84111-2336 |
| 14940753 | + | EDI: WFFC2 | Oct 31 2024 03:55:00 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |
| 14940755 | + | EDI: WFFC2 | | |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 30, 2024 | Form ID: 309A | Total Noticed: 60 |

|  | Oct 31 2024 03:55:00 | Wells Fargo Personal Lines & Loan, Attn: Bankruptcy 1 Home Campus MACX2303, Des Moines, IA 50328-0001 |
|---|---|---|

TOTAL: 58

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14940754 | *+ | Wells Fargo Bank, NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2024     Signature:    /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Nedim Gunduz<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–4955 |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter: | 7    10/29/24 |
| Case number: | 24–13867–amc | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20
**\*\*Debtor's Photo ID & Social Security Card must be presented to the Trustee prior to the 341 meeting.\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Nedim Gunduz | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1707 Solly Avenue<br>2nd Floor<br>Philadelphia, PA 19152 | |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL A. CIBIK<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | Contact phone 215–735–1060<br><br>Email:  help@cibiklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | ROBERT W. SEITZER<br>1900 Spruce Street<br>Philadelphia, PA 19103 | Contact phone 215–510–7508<br><br>Email:  rseitzer@karalislaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M; Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 10/30/24 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 2, 2024 at 12:10 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (445) 205–3833, Enter Meeting ID 491 091 4076, and Passcode 6690263125**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/31/25** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov . If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |