Certificate Number: 16339-PAE-DE-039133362

Bankruptcy Case Number: 24-13867



16339-PAE-DE-039133362

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 6, 2024, at 3:33 o'clock PM EST, Nedim Gunduz completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: December 6, 2024        By: /s/Kelley Tipton

                              Name: Kelley Tipton

                              Title: Certified Financial Counselor