United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 24-13867-amc
Nedim Gunduz  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4
Date Rcvd: Feb 07, 2025      Form ID: 318      Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nedim Gunduz, 1707 Solly Avenue, 2nd Floor, Philadelphia, PA 19152-2624 |
| 14940710 | | Citizens Bank, Attn: Bankruptcy One Citizens Dr, Providence, RI 02903 |
| 14940734 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14940750 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 08 2025 00:05:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14940701 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 08 2025 00:15:25 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14940702 | | Email/PDF: bncnotices@becket-lee.com | Feb 08 2025 00:15:28 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14940703 | | Email/Text: rm-bknotices@bridgecrest.com | Feb 08 2025 00:05:00 | Bridgecrest Acceptance Corp, Attn: Bankruptcy, 7300 East Hampton Avenue Suite 100, Mesa, AZ 85209-3324 |
| 14940706 | | EDI: CRFRSTNA.COM | Feb 08 2025 04:42:00 | CFNA, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 14940711 | | Email/Text: megan.harper@phila.gov | Feb 08 2025 00:05:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14940718 | | Email/Text: cfcbackoffice@contfinco.com | Feb 08 2025 00:04:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd Ste 400, Wilmington, DE 19808-2952 |
| 14940704 | | EDI: CAPITALONE.COM | Feb 08 2025 04:42:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14940705 | | EDI: CAPONEAUTO.COM | Feb 08 2025 04:42:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14940707 | + | Email/Text: bankruptcycollections@citadelbanking.com | Feb 08 2025 00:05:00 | Citadel FCU, Attn: Bankruptcy 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14940708 | + | EDI: CITICORP | Feb 08 2025 04:42:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 14940709 | | EDI: CITICORP | Feb 08 2025 04:42:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14940712 | | Email/Text: bankruptcy@philapark.org | Feb 08 2025 00:05:00 | City of Philadelphia, Parking Violation Branch, |

Case 24-13867-amc    Doc 14    Filed 02/09/25    Entered 02/10/25 00:31:05    Desc Imaged
Certificate of Notice    Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 07, 2025 | Form ID: 318 | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 41819, Philadelphia, PA 19101-1819 |
| 14940713 | + | EDI: WFNNB.COM | Feb 08 2025 04:42:00 | Comenity Capital Bank, Attn: Bankruptcy, 12921 S Vista Station Blvd, Draper, UT 84020-2377 |
| 14940714 | + | EDI: WFNNB.COM | Feb 08 2025 04:42:00 | Comenity Capital Bank/PayPal Credit, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14940715 | + | EDI: WFNNB.COM | Feb 08 2025 04:42:00 | Comenity/Burlington, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14940716 | + | EDI: WFNNB.COM | Feb 08 2025 04:42:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14940717 | + | EDI: WFNNB.COM | Feb 08 2025 04:42:00 | Comenitycapital/ross, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14940719 | | EDI: DISCOVER | Feb 08 2025 04:42:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14940720 | | EDI: CITICORP | Feb 08 2025 04:42:00 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 14940721 | + | EDI: BLUESTEM | Feb 08 2025 04:42:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14940722 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 08 2025 00:04:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14940723 | + | EDI: AMINFOFP.COM | Feb 08 2025 04:42:00 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14940724 | + | EDI: PHINGENESIS | Feb 08 2025 04:42:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14940725 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 08 2025 00:04:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14940726 | | EDI: IRS.COM | Feb 08 2025 04:42:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14940727 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 08 2025 00:04:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14940728 | | Email/Text: ml-ebn@missionlane.com | Feb 08 2025 00:04:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14940729 | | Email/Text: bankruptcy@oportun.com | Feb 08 2025 00:04:00 | Oportun, Attn: Bankruptcy 2 Circle Star Way, San Carlos, CA 94070 |
| 14940730 | | Email/Text: fesbank@attorneygeneral.gov | Feb 08 2025 00:04:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14940736 | | Email/Text: ProsperBK@prosper.com | Feb 08 2025 00:04:00 | Prosper Funding, Llc, Attn: Bankruptcy Dept Attn: Bankruptcy D, 221 main Street , Ste 300, San Francisco, CA 94105 |
| 14940731 | | EDI: PENNDEPTREV | Feb 08 2025 04:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14940731 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2025 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14942762 | + | EDI: PENNDEPTREV | Feb 08 2025 04:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14942762 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2025 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14940732 | ^ | MEBN | Feb 07 2025 23:40:52 | Pennsylvania Office of General Counsel, 333 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 07, 2025 | Form ID: 318 | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| | | | | Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14940733 | | Email/Text: bankruptcy@petalcard.com | Feb 08 2025 00:04:57 | Petal 1 Rise, Attn: Bankruptcy, PO Box 105168, Atlanta, GA 30348-5168 |
| 14940735 | | Email/Text: bankruptcy@philapark.org | Feb 08 2025 00:05:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14940737 | + | Email/Text: cs@securitycreditservicesllc.com | Feb 08 2025 00:04:00 | Security Credit Services, Attn: Bankruptcy, PO Box 1156, Oxford, MS 38655-1156 |
| 14940738 | | EDI: SYNC | Feb 08 2025 04:42:00 | Syncb/car Care Pep B, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14940739 | | EDI: SYNC | Feb 08 2025 04:42:00 | Syncb/ebay, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14940740 | + | EDI: SYNC | Feb 08 2025 04:42:00 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1259 |
| 14940741 | | EDI: SYNC | Feb 08 2025 04:42:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14940742 | | EDI: SYNC | Feb 08 2025 04:42:00 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14940743 | | EDI: SYNC | Feb 08 2025 04:42:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14940744 | + | EDI: SYNC | Feb 08 2025 04:42:00 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14940745 | | EDI: SYNC | Feb 08 2025 04:42:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 14940747 | | EDI: TDBANKNORTH.COM | Feb 08 2025 04:42:00 | Td Bank Na, Attn: Bankruptcy 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 14940746 | + | EDI: WTRRNBANK.COM | Feb 08 2025 04:42:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14940748 | + | Email/Text: bankruptcy@bbandt.com | Feb 08 2025 00:04:00 | Truist Bank, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-2374 |
| 14940749 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 08 2025 00:05:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14940751 | + | Email/Text: samnang.howard@velocitycu.com | Feb 08 2025 00:04:00 | Velocity Credit Union, Attn: Bankruptcy, P.O. Box 1089, Austin, TX 78767-1089 |
| 14940752 | + | EDI: AGFINANCE.COM | Feb 08 2025 04:42:00 | WebBank/OneMain, Attn: Bankruptcy Attn: Bankruptcy, 215 South State Street , Suite 1000, Salt Lake City, UT 84111-2336 |
| 14940753 | + | EDI: WFFC2 | Feb 08 2025 04:42:00 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |
| 14940755 | + | EDI: WFFC2 | Feb 08 2025 04:42:00 | Wells Fargo Personal Lines & Loan, Attn: Bankruptcy 1 Home Campus MACX2303, Des Moines, IA 50328-0001 |

TOTAL: 55

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14940754 | *+ | Wells Fargo Bank, NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 07, 2025 | Form ID: 318 | Total Noticed: 57 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2025            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Nedim Gunduz help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Nedim Gunduz**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4955<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 24–13867–amc | |

# Order of Discharge                                                                   12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nedim Gunduz

2/6/25                                                **By the court:**   Ashely M. Chan
                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                         **Order of Discharge**                         page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2